UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER, | No. 2: 13-cv-1193 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| MOHADJER, Clinical Psychologist, et al., | |
| Defendants. | |

By separate order, the court has found plaintiff's amended complaint (ECF No. 9) appropriate for service. On July 22, 2013, plaintiff filed a motion for a temporary restraining order/preliminary injunction, claiming that defendant Mohadjer along with others have subjected him to acts of retaliation in the form of serious rules violations reports for the filing of this lawsuit. Plaintiff, who provides evidence that he suffers from anxiety and post traumatic stress disorder, indicates that he has engaged in past suicide attempts. He appears allege that he is currently in psychiatric crisis and is not being properly monitored for suicidal ideation. ECF No. 13.

Accordingly, IT IS ORDERED that:

1. Defendant shall respond within ten (10) days to plaintiff's request for immediate injunctive relief. The court intends to act on the request within two weeks. There will be no extension of time granted for defendant Mohadjer's response;

1

      2.  The Attorney General and the defendant shall contact the appropriate medical or mental health authorities at CMF-Vacaville to ensure that they are aware of plaintiff's potential suicide risk.  Defendant's response to the request for injunctive relief shall include a report on plaintiff's status;

      3.  The Clerk of the Court is directed to send a copy of the amended complaint (ECF No. 9), a copy of plaintiff's motion for a TRO/preliminary injunction (ECF No. 13), and a copy of this Order upon Monica Anderson, Supervising Deputy Attorney General;

      4.  In addition, the Clerk of the Court is directed to mail a copy of the amended complaint (ECF No. 9), a copy of plaintiff's motion for a TRO/preliminary injunction (ECF No. 13), and a copy of this Order to defendant Clinical Psychologist Mohadjer, CMF-Vacaville, P.O. Box 2000, Vacaville, CA 95696.

DATED: July 23, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
walk1193.ord