UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER, | No. 2:13-cv-1193 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| MOHADJER, Clinical Psychologist, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On October 3, 2013, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

    The court observes that the instant motion is largely duplicative of previously denied requests for immediate injunctive relief by plaintiff. ECF No. 32. The order denying these motions is currently on appeal. See ECF Nos. 41, 42. In the Ninth Circuit appeal, the briefing has been stayed until January 17, 2014 pending the adjudication of the current motion in this court. See Order filed on December 17, 2013 (entry no. 10) in Docket No. 13-17041.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 3, 2013, are adopted in full; and

2. Plaintiff's motion for a TRO or preliminary injunction (ECF No. 38) is DENIED.

Dated: January 6, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

walk1193.804