UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER, | No. 2:13-cv-1193 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| MOHADJER, Clinical Psychologist, et al., | |
| Defendants. | |

On January 7, 2014, plaintiff's recent motion for a TRO or preliminary injunction was denied. ECF No. 50.[1]  It has just been noted in this court's Findings and Recommendations (ECF No. 52), filed on January 14, 2014, that this denial likely crossed in the mail with yet another request for immediate injunctive relief, filed on January 10, 2014 (ECF No. 51).[2]  In the findings and recommendations recommending denial of the January 10 motion for immediate injunctive relief, the undersigned observed that plaintiff was continuing his pattern of repeatedly filing deficient motions for injunctive relief, recounting in each filing the most recent events related to his housing and classification status. ECF No. 52 at 1.  Plaintiff has now submitted yet another

---

[1] Plaintiff has appealed an earlier denial of his requests for immediate injunctive relief. ECF Nos. 41, 42.

[2] In a typographical error, the date was therein misidentified as January 10, 2013.

1

1  motion for a TRO, which is undated and was filed in the court's docket on January 15, 2014.
2  ECF No. 53.  In this two-page putative "motion," lacking exhibits and any form of a supporting
3  affidavit, plaintiff repeats his allegations that he has been subjected to "lock up" in Ad Seg and
4  put up for transfer based on false claims by certain staff that he poses a safety risk.  Plaintiff's
5  perpetually histrionic claims have been fully addressed in the just-issued findings and
6  recommendations.  His repeated filings amount to an abuse of process about which he has been
7  previously cautioned.  Plaintiff's latest request is defective in form and substance, and entirely
8  duplicative of his previous request.  For all these reasons, it will be vacated from the court's
9  calendar.

10      Accordingly, IT IS HEREBY ORDERED that the duplicative motion for a TRO at ECF
11  No. 53 be vacated from the court's calendar.
12  DATED: January 16, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE