1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
        **JEFFREY E. WALKER,**                    Case No. 2:13-cv-1193 WBS AC P
12
                                   Plaintiff,     **ORDER**
13
                      **v.**
14
15      **MOHADJER, Clinical Psychologist, et al.,**
16                                 Defendants.

17

18          The Court has considered the request by defendants White, Strayhorn, Sheldon-Russell,

19   Cain-Mathis, Demps, Fiallos, and Mohadjer for an extension of time to oppose Plaintiff's motion

20   for preliminary injunctive relief (ECF No. 51) and allegations of retaliation (ECF No. 59) until

21   after Plaintiff has had an opportunity to oppose defendants' motion to revoke plaintiff's *in forma*

22   *pauperis* (IFP) status.  The court finds good cause to grant the request.

23          Accordingly, IT IS ORDERED that:

24          1.  Defendants shall not be required to provide an opposition until after the court issues a

25   ruling on their pending motion to revoke IFP, if a further response is deemed necessary;

26          2.  Defendants' counsel must file notice as soon as counsel is informed that plaintiff's legal

27   materials have been restored to him and he has access to the law library;

28          3.  Upon the filing and service of such notice, plaintiff will have thirty days to file his

opposition to defendants' motion to revoke plaintiff's in forma pauperis status.  Plaintiff may, but is not required to, file his opposition sooner if he can do so under present circumstances; and

4.  Plaintiff's failure to oppose the motion within the time provided will be deemed a statement of non-opposition to the motion and result in a recommendation that the motion be granted.

DATED: February 26, 2014

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE