UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER, | No. 2:13-cv-1193 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| MOHADJER, Clinical Psychologist, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in an action brought pursuant to 42 U.S.C. § 1983. By Order filed on May 15, 2014, defendants' motion to revoke plaintiff's in forma pauperis status and to dismiss was vacated without prejudice to its renewal once plaintiff notified the court, and defendants' counsel confirmed, that he had been reunited with his legal property and has law library access. ECF No. 72. In plaintiff's May 12, 2014 request for an extension of time plaintiff had indicated he was out of crisis bed housing and had received his legal property but that a number of his documents had been scattered and trashed. ECF No. 71. He requested copies of a number of filings in this case and was provided information by the Clerk as to the cost for copying documents. Id. On May 28, 2014, counsel for defendants filed a notice that she had confirmed with the Richard J. Donovan Correctional Facility litigation coordinator , on May 19, 2014, that plaintiff had been returned to ad seg as of May 6, 2014 and had had access to the law library and his legal materials since that time. ECF

1 No. 73.  Also on May 28, 2014, defendants renewed their motion to revoke IFP status and motion
2 to dismiss.  ECF No.  74.
3    Plaintiff has failed to file a timely opposition to the motion.  Plaintiff will be granted one
4 further opportunity to oppose the motion.  His failure to file an opposition within the time
5 provided by this order will be deemed a statement of non-opposition and result in a
6 recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).
7    Accordingly, IT IS ORDERED that:
8    1.  Defendants' counsel has discharged the order at ECF No. 72;
9    2.  Plaintiff is granted a thirty-day extension of time from the date of this order to file an
10 opposition to defendants' May 28, 2014 motion to revoke plaintiff's IFP status and to dismiss;
11 failure to do so will result in a recommendation that this action be dismissed pursuant Federal
12 Rule of Civil Procedure 41(b); and
13    3.  There will be no further extension of time.
14 DATED: July 9, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2