UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MOHADJER, et al.,<br><br>　　　　　Defendants. | No.  2:13-cv-01193-WBS-AC<br><br><br>ORDER |

  Plaintiff is a state prisoner proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.  Plaintiff has filed two requests for court orders regarding access to his legal property, access to the law library, and access to a typewriter.  ECF No. 81, 84.

  Plaintiff informs the court that he recently returned to R.J. Donovan Correctional Facility from the California Health Care Facility (CMCF).  Plaintiff alleges that while he was a patient at CMCF, prison officials discarded his legal materials and his typewriter in an act of retaliation. ECF No. 81.  Plaintiff claims that since his return to R.J. Donovan, prison officials have refused to assist him with locating his legal materials and accessing the law library.  ECF No. 84.  As a result, plaintiff seeks a court order directing prison officials to locate his legal materials and grant him access to the law library.  Plaintiff also requests access to a typewriter and states that writing

////

////

1

by hand causes him "excruciating pain."[1]  Plaintiff fails to explain why a court order is necessary for him to access a typewriter.

IT IS HEREBY ORDERED that plaintiff's motions at ECF Nos. 81 and 84 are GRANTED IN PART as follows:

1. Counsel for defendants is directed to take all steps necessary to assist plaintiff in timely obtaining access to the legal property he needs in order to conduct discovery and comply with the court's deadlines in the current action.

2. Defendants shall, within seven days, file a statement advising the court of the status of plaintiff's access to the law library and receipt of his legal property.  If plaintiff does not currently have access to his legal property, defendants shall notify the court forthwith when that access has been restored.

3. In all other respects, the motions are denied.  Plaintiff may renew his motion regarding access to a typewriter if he establishes that 1) he cannot purchase a typewriter for personal use, and 2) he has been denied access to a prison typewriter.

DATED: April 6, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff indicates that his medical file contains records which show that "limited use of hand for writing was ordered."  ECF No. 84 at 2.