UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER, | No. 2:13-cv-1193 WBS AC P |
| Plaintiff, | |
| v. | ORDER |
| MOHADJER, et al., | |
| Defendants. | |

Defendants White, Strayhorn, Sheldon-Russel, Cain-Mathis, Demps, Fiallos, and Mohadjer filed a request for a two-week extension of time to respond to plaintiff's interrogatories, set one, and requests for production of documents, set one. ECF No. 94. Defendants' request is granted.

Good cause appearing, IT IS HEREBY ORDERED that defendants shall have until June 15, 2015 to serve their responses.

DATED: May 27, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE