1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEFFREY E. WALKER,                            No.  2:13-cv-1193 WBS AC P

12                   Plaintiff,

13           v.                                     ORDER

14    MOHADJER, Clinical Psychologist, et al.,

15                   Defendants.

16

17          Plaintiff is a state prisoner proceeding pro se with a civil rights action.  On April 7, 2015,

18   the court issued a Discovery and Scheduling order setting July 31, 2015 as the last day to conduct

19   discovery and requiring that any motions to compel be filed by that date.  ECF No. 86 at 5.

20          On July 14, 2015, defendants moved for summary judgment, asserting that plaintiff failed

21   to exhaust his administrative remedies.  ECF No. 99.  On the same date, defendants moved to stay

22   discovery pending resolution of the summary judgment motion.  ECF No. 100.  Defendants also

23   requested that the discovery deadline be extended until forty-five days after the court rules on

24   defendants' motion for summary judgment.  Id.

25          Good cause appearing, defendants' motion is granted.  Discovery is stayed pending

26   resolution of defendants' summary judgment motion.  The deadlines for discovery and the filing

27   of pre-trial motions set forth in the Discovery and Scheduling Order, ECF No. 86, are vacated.

28   An amended scheduling order will issue if necessary after defendants' summary judgment motion

1

1  on exhaustion grounds is resolved.

2  Accordingly, IT IS HEREBY ORDERED that:

3      1.  Defendants' motion to stay discovery (ECF No. 100) is granted; and

4      2.  The dates in the Discovery and Scheduling Order, ECF No. 86, are vacated.

5  DATED: July 16, 2015

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE